1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAIR PERFECT INTERNATIONAL, INC.,<br><br>        Plaintiff,<br><br>   vs.<br><br>SENTINEL INSURANCE COMPANY, LTD, d/b/a SENTINEL INSURANCE COMPANY LIMITED, d/b/a THE HARTFORD,<br><br>        Defendant. | Case No.: 2:20-cv-03729 JAK (KSx)<br><br>**JUDGMENT** |

On May 20, 2021, the Court entered an Order Granting with Prejudice Defendant Sentinel Insurance Company, Limited's Motion to Dismiss the Second Amended Complaint filed by Plaintiff Hair Perfect International, Inc. Dkt. 52. THerefore, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT Plaintiff take nothing and that the action be dismissed in its entirety on the merits and with prejudice.

**IT IS SO ORDERED.**

DATED: June 4, 2021

John A. Kronstadt
United States District Judge